

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00047-CV

| | | |
|---|---|---|
| IN THE INTEREST OF J.W., A CHILD | § | On Appeal from the 442nd District Court |
| | § | of Denton County (20-6433-442) |
| | § | January 11, 2024 |
| | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellants E.H. and K.H. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
      Justice Mike Wallach